Prob 12 (10/09)
VAE (rev. 5/17)


FILED
NOV 29 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Ivo B. Bibum</u>          Docket No. <u>1:17-PO-1175</u>

### Petition on Probation

COMES NOW <u>Kenneth G. Orsino</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Ivo B. Bibum</u>, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>6th</u> day of <u>July</u>, <u>2017</u>, who fixed the period of supervision at <u>two (2) years</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** 12-19-2017

### ORDER OF COURT

Considered and ordered this 29th day of Nov, 20 17 and ordered filed and made a part of the records in the above case.

_/s/_
Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

_Kenneth B. Orsino_ Kenneth G. Orsino
                    2017.11.29 10:28:17 -05'00'

Kenneth G. Orsino
U.S. Probation Officer
(703) 366-2109

Place <u>Manassas, Virginia</u>

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: BIBUM, Ivo B**

OFFENSE: Driving Under the Influence, in violation of 32 CFR 234.17(c)(1)(i)

SENTENCE: Two (2) years supervised probation with the following special conditions: 1) the defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office; 2) commencing July 6, 2017, and continuing for one (1) year, the defendant may not operate any motor vehicle unless it is equipped with an alcohol-detecting ignition interlock system approved by the probation officer; 3) commencing July 6, 2017, and continuing for one (1) year, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, and the Alcohol Safety Action Program, and (c) to and from school with a schedule provided to and approved in advance by the probation office; 4) the defendant shall serve a period of five (5) days incarceration with the Bureau of Prisons, which may be served on weekends or other intermittent times as deemed appropriate by the probation office. Incarceration to begin after September 10, 2017; 5) travel restrictions are waived for planned travel with a schedule provided to and approved in advance by the probation office; and 6) the defendant shall pay a $300.00 fine, $30.00 processing fee, and a $10.00 special assessment as to 7194561 to be paid by August 6, 2017.

ADJUSTMENT TO SUPERVISION: The defendant currently resides in Laurel, Maryland and is being supervised by U.S. Probation Officer Rachel Snyder with the District of Maryland. According to Officer Snyder, the defendant currently resides with his family and is reportedly employed as a Behavioral Specialist at High Roads School in Lanham, Maryland. Mr. Bibum has failed to provide any documentation to verify the nature of his position, leading Officer Snyder to have concern that the defendant could be employed as a school bus driver for the school. The defendant has completed his five day jail sentence and a recent record check was negative for any new law violations.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION #1:**   "THE DEFENDANT SHALL PARTICIPATE IN AND SUCCESSFULLY COMPLETE AN ALCOHOL SAFETY ACTION PROGRAM OR OTHER ALCOHOL TREATMENT PROGRAM AS DEEMED APPROPRIATE BY THE PROBATION OFFICE."

On August 17, 2017, the defendant received a substance abuse assessment with ACT II. At that time, his counselor recommended that he attend substance abuse group meetings twice a week for six weeks followed by six weeks of once a week group meetings. The defendant has only attended one group meeting on September 13, 2017, and has failed to attend group meetings on September 5, 2017, September 20, 2017, September 27, 2017, October 14, 2017, October 21, 2017, October 28, 2017, November 4, 2017, November 11, 2017, and November 18, 2017. Officer Snyder stated that she has reprimanded the defendant on several occasions regarding his failure to attend substance abuse treatment but he continues to be noncompliant.

**SPECIAL CONDITION #6:**   "THE DEFENDANT SHALL PAY A $300.00 FINE, $30.00 PROCESSING FEE, AND $10.00 SPECIAL ASSESSMENT AS TO 7194561, TO BE PAID BY AUGUST 6, 2017."

As of November 20, 2017, the defendant has not made any payments toward his fine, processing fee, and

**Petition on Probation**
**Page 3**
**RE: BIBUM, Ivo B**

special assessment.

**STANDARD CONDITION #2:** "AFTER INITIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR THE PROBATION OFFICER ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER, AND YOU MUST REPORT TO THE PROBATION OFFICER AS INSTRUCTED."

The defendant failed to report to the probation office for drug testing as instructed on August 29, 2017, September 5, 2017, September 9, 2017, and October 7, 2017.

KGO/lmg